IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HELEN LINDSEY,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| **V.** ) | **15-CV-00983** |
| ) | |
| **PORTFOLIO RECOVERY** ) | |
| **ASSOCIATED, LLC; ET AL,** ) | |
| ) | |
| **DEFENDANTS.** ) | |

## NOTICE OF APPEARANCE

**PLEASE NOTE** the entry of appearance of John C. Hubbard as an additional counsel of record for Plaintiff Helen Lindsey in the above-styled action.

/s/ John C. Hubbard
John C. Hubbard
Attorney for Plaintiff

**OF COUNSEL:**
John C. Hubbard, LLC
PO Box 953
Birmingham, Alabama 35203
205-378-8121
jch@jchubbardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of November, if the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following:

Attorneys for Equifax:
Misty Peterson, Esq.
King & Spalding, LLP

1180 Peachtree Street NE
Atlanta, GA 30309-3521

Kirkland E. Reid, Esq.
Jones, Walker, Waechter, Poitevent, Carrere, & Denegre, LLP.
11 North Water Street, Suite 1200
Mobile, AL 36602

Attorney for Experian:
L. Jackson Young, Jr., Esq.
Ferguson, Frost & Dodson, LLP
1400 Urban Center Dr., Suite 200
Birmingham, AL 35243-0189

Attorney for Synchrony Bank:
Robert Battle, Esq.
Battle & Winn
2901 2nd Ave. South, Ste. 220
Birmingham, AL 35233

Attorney for Trans Union:
Matthew Robinett, Esq.
Norman, Wood, Kendrick & Turner
Ridge Park Place, Suite 3000
1130 22 Street South 22nd Birmingham, AL 35205

Attorneys for Portfolio Recovery:
Ryan James Hebson, Esq.
Alan D. Leeth, Esq.
Burr & Forman
Wells Fargo Tower, Suite 3400
420 North 20th Street Birmingham, AL 35203

Zachary D. Miller, Esq.
Burr & Forman
511 Union Street, Suite 2300
Nashville, TN 37219