# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **HELEN LINDSEY,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**PORTFOLIO RECOVERY** )<br>**ASSOCIATES, LLC, EXPERIAN** )<br>**INFORMATION SOLUTIONS, INC.,** )<br>**LLC, EQUIFAX INFORMATION** )<br>**SERVICES, LLC, TRANS UNION, LLC,** )<br>**SYNCHRONY FINANCIAL F/K/A GE** )<br>**CAPITAL RETAIL BANK** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO.**<br>**2:15-cv-00983-RDP** |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Portfolio Recovery Associates, LLC ("PRA"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Helen Lindsey against PRA.

PRA, therefore, requests that this Honorable Court give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 29th day of June, 2016.

*s/ Alan D. Leeth*
Alan D. Leeth (LEE038)
Zachary D. Miller (MIL135)
Ryan J. Hebson (HEB003)

27707708 v1

2

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
aleeth@burr.com
zmiller@burr.com
rhebson@burr.com

Attorneys for Defendant
Portfolio Recovery Associates, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2016, I presented the foregoing **NOTICE OF SETTLEMENT** to the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

W. Whitney Seals
Pate & Cochrun, LLP
P. O. Box 10448
Birmingham, AL  35202

Allison Fuller
Jones Day
2727 North Harwood Street
Dallas, TX 75201

Kirkland E Reid
JONES WALKER WAECHTER POITEVENT CARRERE & DENEGRE LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602

Matthew Robinett
Norman Wood Kendrick & Turner
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205

L. Jackson Young, Jr.
Ferguson Frost & Dodson, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL  35243

Misty L. Peterson
Charles Campbell
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

John C Hubbard
JOHN C. HUBBARD LLC
P.O. Box 953
Birmingham, AL  35203

*s/ Alan D. Leeth*
OF COUNSEL

27707708 v1