# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| HELEN LINDSEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., LLC, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, SYNCHRONY FINANCIAL F/K/A GE CAPITAL RETAIL BANK<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>2:15-cv-00983-RDP |

## JOINT STIPULATION OF DISMISSAL

COME NOW plaintiff Helen Lindsey and defendants Portfolio Recovery Associates, LLC, Experian Information Solutions, Inc., and Equifax Information Services, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 15th day of August, 2016.

27971217 v1

*/s/ W. Seals*

W. Whitney Seals
PATE & COCHRUN LLP
P O Box 10448
Birmingham, AL 35202-0448
filings@plc-law.com

Allison Fuller
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Telephone: (214) 220-3939
afuller@jonesday.com

Kirkland E. Reid (REIDK9451)
JONES WALKER LLP
11 North Water Street, Suite 1200
Mobile, AL 36602
Phone: (251) 439-7513
Fax: (251) 439-7358
kreid@joneswalker.com

*/s/ Alan Leeth*

Alan Leeth
BURR & FORMAN LLP
420 20th Street North, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
aleeth@burr.com

W. Whitney Seals
PATE & COCHRUN LLP
P O Box 10448
Birmingham, AL 35202-0448
filings@plc-law.com


*/s/ Allison Fuller*
Allison Fuller
JONES DAY
2727 North Harwood Street
Dallas, TX  75201
Telephone:  (214) 220-3939
afuller@jonesday.com


Kirkland E. Reid (REIDK9451)
JONES WALKER LLP
11 North Water Street, Suite 1200
Mobile, AL 36602
Phone: (251) 439-7513
Fax: (251) 439-7358
kreid@joneswalker.com


Alan Leeth
BURR & FORMAN LLP
420 20th Street North, Suite 3400
Birmingham, AL  35203
Telephone:  (205) 251-3000
aleeth@burr.com

W. Whitney Seals
PATE & COCHRUN LLP
P O Box 10448
Birmingham, AL 35202-0448
filings@plc-law.com

Allison Fuller
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Telephone: (214) 220-3939
afuller@jonesday.com

Kirkland E. Reid (REIDK9451)
JONES WALKER LLP
11 North Water Street, Suite 1200
Mobile, AL 36602
Phone: (251) 439-7513
Fax: (251) 439-7358
kreid@joneswalker.com

Alan Leeth
BURR & FORMAN LLP
420 20th Street North, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
aleeth@burr.com