# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **HELEN LINDSEY,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:15-cv-00983-RDP |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC , et al.,** | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal (Doc. # 45), filed August 15, 2016, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this August 16, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

.